UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR08-093-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| CARLOS GARCIA-PEREZ, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on December 14, 2009. The United States was represented by AUSA Matthew Diggs and the defendant by Lynn Hartfield. The proceedings were digitally recorded.

Defendant had been sentenced on or about September 19, 2008 by the Honorable Robert S. Lasnik on a charge of Illegal Use of a Communication Facility, and sentenced to 18 months custody, 1 year supervised release. (Dkt. 54.)

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to search, be prohibited from reentering the United States without permission, provide his probation officer with access to financial information, and be

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

prohibited from possessing any identification documents in any but his true identity.

In an application dated July 10, 2009 (Dkt. 61), U.S. Probation Officer Kathi Jo Stringer alleged the following violation of the conditions of supervised release:

1. Committing the crime of unlawful reentry after deportation, on or before July 7, 2009, at the Otay Mesa, California, Port of Entry, in violation of the general condition that he not commit another federal, state or local crime.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred. (Dkt. 62.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this 14th day of December, 2009.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Matthew Diggs
Defendant's attorney: Lynne Hartfield
Probation officer: Kathi Jo Stringer

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2